IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| George Holmes,                    )<br>                                              )<br>                   Plaintiff,          )<br>                                              )<br>v.                                            )<br>                                              )<br>                                              )<br>Lt. Johnson,                          )<br>                                              )<br>                   Defendant.     )<br>_____) | C/A No. 2:12-1902-TMC-BHH<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. This matter is before the court for review of the Report and Recommendation of the United States Magistrate Judge Bruce Howe Hendricks made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report and Recommendation. (Dkt. No. 22 at 4). However, Plaintiff filed no objections to the Report and Recommendation.[1] In the absence of objections to the Magistrate Judge's Report

---

[1] Plaintiff filed a letter on November 7, 2012 requesting that the Temporary Restraining Order be granted. (Dkt. No. 24). In his letter, Plaintiff did not refer to the Report and

and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation (Dkt. No. 22) and incorporates it herein. It is therefore **ORDERED** that the Plaintiff's Motion for Temporary Restraining Order (Dkt. No. 1) is **DENIED**.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

Anderson, South Carolina
December 17, 2012

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

Recommendation. However, even if the court construed the letter as an objection to the Report and Recommendation, the letter provides no basis for this court to deviate from the Magistrate's Judges recommended disposition.